**Dismiss and Opinion Filed June 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00179-CV**

**IN RE: ORDER FOR FORECLOSURE CONCERNING 2112 BRENHAM DRIVE MCKINNEY, TX 75072 UNDER TEX. R. CIV. PROC. 736 AND FUTING YU**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02818-2021**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Myers

This is an appeal from the trial court's order granting appellee Hidden Creek Community Association, Inc.'s application, under Texas Rule of Civil Procedure 736, for an order to proceed with a foreclosure sale of appellant Futing Yu's property. *See* TEX. R. CIV. P. 736.1, 736.8. Because an order granting an application under rule 736 is not an appealable order, *see id.* 736.8(c), we questioned our jurisdiction over the appeal. Although we gave appellant an opportunity to show cause why the appeal should not be dismissed and cautioned that failure to respond by April 11, 2022 could result in dismissal of the appeal without further notice, appellant has not responded. Accordingly, on the record before us, we dismiss the

appeal. *See id.*; *see also Grant-Brooks v. FV-1, Inc.*, 176 S.W.3d 933, 933 (Tex. App.—Dallas 2005, pet. denied) (granting, on jurisdictional grounds, appellee's motion to dismiss appeal from order granting rule 736 application).


220179f.p05
/Lana Myers//
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE: ORDER FOR FORECLOSURE CONCERNING 2112 BRENHAM DRIVE MCKINNEY, TX 75072 UNDER TEX. R. CIV. PROC. 736 AND FUTING YU

No. 05-22-00179-CV

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-02818-2021.
Opinion delivered by Justice Myers, Justices Carlyle and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 9th day of June 2022.